# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GIGAWATT OPERATIONS INC.,

    Plaintiff(s),

v.

MAX WILLIAMS, et al.,

    Defendant(s).

Case No. 2:23-cv-02036-JAD-NJK

**Order**

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties must file a joint discovery plan by February 9, 2024.

    IT IS SO ORDERED.

    Dated: February 2, 2024

                                              Nancy J. Koppe
                                              United States Magistrate Judge