MICHAEL A. WHEABLE, ESQ.
NEVADA BAR #: 12518
DAKOTA L. COUNCILMAN
NEVADA BAR #: 16512
DAVISON VAN CLEVE, P.C.
4675 W. Teco Ave, Suite 230
Las Vegas, Nevada 89118
Tel: (702) 600-9949
Fax: (503) 241-8160
Email: rds@dvclaw.com
*Attorneys for Plaintiff*
*Gigawatt Operations, Inc.,*
*DBA Sol-UP a Nevada*
*corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GIGAWATT OPERATIONS INC., DBA SOL-UP, A Nevada corporation<br><br>Plaintiff,<br><br>vs.<br><br>MAX WILLIAMS, CLAIRE WILLIAMS, DOES 1-99, ROES 1-99<br><br>Defendants. | **Case No.: 2:23-CV-02036** -JAD-NJK<br><br>**ORDER GRANTING JOINT REQUEST FOR ORDER SETTING SETTLEMENT CONFERENCE**<br><br>ECF No. 25 |

COMES NOW Plaintiff, Gigawatt Operation, Inc. d/b/a Sol-Up, a Nevada Corporation ("Plaintiff"), and Defendants Max Williams and Claire Williams ("Defendants") (collectively "Parties"), by and through their respective counsel of record, and hereby submit their Joint Request for Order Setting Settlement Conference ("Request").

/ / /

/ / /

1

## JOINT REQUEST FOR ORDER SETTING SETTLEMENT CONFERENCE

Pursuant to Local Rule 16-5, "[t]he Court may set any appropriate civil case for settlement conference or other alternative method of dispute resolution[.]" The Court's Order on Defendant's Motion to Dismiss provided clarity as to the issues at hand and the Parties agree the remaining claims are ripe and appropriate for disposition within a settlement conference. Therefore, the Parties request this Court enter an Order directing the parties to enter the Court's settlement conference program.

DATED this 22nd day of May, 2024.                    DATED this 22nd day of May, 2024.

DAVISON VAN CLEVE, P.C.                              TYSON & MENDES LLP

 /s/ *Dakota Councilman*                              /s/*Priscilla O'Briant*
ROBERT D. SWEETIN                                    PRISCILLA O'BRIANT
Nevada Bar No. 12647                                 Nevada Bar No. 10171
DAKOTA L. COUNCILMAN                                 NICHOLAS F. PSYK
Nevada Bar No. 16512                                 Nevada Bar No. 15983
4675 W. Teco Ave, Suite 230                          2835 St. Rose Parkway, Suite 140
Las Vegas, Nevada 89118                              Henderson, Nevada 89052
*Attorneys for Plaintiff*                            *Attorneys for Defendants Maxwell Williams and Claire Williams*

### ORDER

Based on the parties' stipulation [ECF No. 25] and good cause appearing, IT IS ORDERED that **THIS ACTION IS REFERRED to a Magistrate Judge other than Magistrate Judge Nancy J. Koppe for a mandatory settlement conference.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 23, 2024