# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GIGAWATT OPERATIONS INC., <br>     Plaintiff(s), <br> v. <br> MAX WILLIAMS, et al., <br>     Defendant(s). | Case No. 2:23-cv-02036-JAD-NJK <br><br> **Order** <br><br> [Docket No. 26] |

Pending before the Court is a stipulation to stay discovery pending a settlement conference, Docket No. 26, which is hereby **GRANTED**. Discovery is stayed. In the event the parties do not resolve this case at the settlement conference, no later than seven days thereafter, the parties must file a stipulation with a new discovery cutoff and subsequent case management deadlines.

IT IS SO ORDERED.

Dated: June 12, 2024

                                                   Nancy J. Koppe <br>
                                                 United States Magistrate Judge