```
1   MICHAEL A. WHEABLE, ESQ.
    NEVADA BAR #: 12518
2   DAKOTA L. COUNCILMAN
    NEVADA BAR #: 16512
3   DAVISON VAN CLEVE, P.C.
    4675 W. Teco Ave, Suite 230
4   Las Vegas, Nevada 89118
    Tel: (702) 600-9949
5   Fax: (503) 241-8160
    Email: dlc@dvclaw.com
6   Attorneys for Plaintiff
    Gigawatt Operations, Inc.,
7   DBA Sol-UP a Nevada
    corporation
8
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| GIGAWATT OPERATIONS INC., DBA SOL-UP, A Nevada corporation<br><br>Plaintiff,<br><br>vs.<br><br>MAX WILLIAMS, CLAIRE WILLIAMS, DOES 1-99, ROES 1-99<br><br>Defendants. | **Case No.: 2:23-CV-02036** -JAD-NJK<br><br>**STIPULATION AND ORDER REGARDING VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>ECF No. 37 |
|---|---|

COMES NOW Plaintiff, Gigawatt Operation, Inc. d/b/a Sol-Up, a Nevada Corporation ("Plaintiff"), and Defendants Max Williams and Claire Williams ("Defendants") (collectively "Parties"), by and through their respective counsel of record, hereby submits Stipulation and Order Regarding Voluntary Dismissal with Prejudice ("Stipulation"). This Stipulation is filed pursuant to Federal Rules of Civil Procedures 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and Parties, with each party bearing its own attorney's fees and costs.

1

| | |
|---|---|
| DATED this 19th day of December, 2024. | DATED this 19th day of December, 2024. |
| DAVISON VAN CLEVE, P.C. | TYSON & MENDES LLP |
| /s/ *Dakota Councilman* <br> MICHAEL A. WHEABLE <br> Nevada Bar No. 12518 <br> DAKOTA L. COUNCILMAN <br> Nevada Bar No. 16512 <br> 4675 W. Teco Ave, Suite 230 <br> Las Vegas, Nevada 89118 <br> *Attorneys for Plaintiff* | /s/ *Priscilla O'Briant* <br> PRISCILLA O'BRIANT <br> Nevada Bar No. 10171 <br> 2835 St. Rose Parkway, Suite 140 <br> Henderson, Nevada 89052 <br> *Attorneys for Defendants Maxwell Williams and Claire Williams* |

### ORDER

Based on the parties' stipulation **[ECF No. 37]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 23, 2024

2